UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | **DEFAULT JUDGMENT** |
| Plaintiff, | Case No.: 1:18-cv-06735-CM |
| v. | |
| JD COMMERCIAL BUILDERS INC., 3781 BROADWAY, LLC, FRIEDLAND PROPERTIES, INC., LARSTRAND CORPORATION, BOSTON MARKET CORPORATION and RALPH SPERO, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/3/19 |
| Defendants. | |

---

This declaratory judgment action having been commenced on July 26, 2018 by the filing of the Complaint, and a copy of the Summons and Complaint having been served on the Defendant, JD Commercial Builders, Inc., on August 30, 2018, by service upon the New York Secretary of State, and proof of service having been filed on September 18, 2018, and JD Commercial Builders Inc. not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDER, ADJUDGED AND DECREED: That a default judgment be entered against JD Commercial Builders Inc.

Dated: New York, New York
December 3, 2019

_____
U.S.D.J.

This document was entered on the docket
On _____.