USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED SPECIALTY INSURANCE COMPANY,
                    Plaintiff,

18 CIVIL 6735 (CM)

-against-

**JUDGMENT**

JD COMMERCIAL BUILDERS INC., 3781
BROADWAY, LLC, FRIEDLAND PROPERTIES,
INC., LARSTRAND CORPORATION, BOSTON
MARKET CORPORATION and RALPH SPERO,
                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2020, Plaintiff's motion for summary judgment that it does not have a duty to defend or indemnify the Underlying Action is GRANTED. Defendant Spero's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         August 20, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                              **BY:**

                                                  **Deputy Clerk**